IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTINA PRUKALA,

        Plaintiff,

v.

        3:19-CV-1791
        (JUDGE MARIANI)

CHASE BANK, N.A.,

        Defendant.

## ORDER

**AND NOW, THIS 4th DAY OF SEPTEMBER, 2020**, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. 9) is **GRANTED**, and Plaintiff's Amended Complaint is **DISMISSED WITHOUT LEAVE TO AMEND**. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge